# Court of Appeals
# of the State of Georgia

ATLANTA,___June 02, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14I0185.  SRB INVESTMENT SERVICES, LLLP, et al. v. HAMILTON STATE BANK.**

The applicants have moved for permission to file certain exhibits under seal. Their motion is hereby GRANTED.

Upon consideration of the Application for Interlocutory Appeal, that application is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/02/2014_____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*